IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID FULLER #147862　　　　　＊
　　　　Plaintiff,　　　　　　　　＊
　　　　　　　　　　　　　　　　　＊
-VS.-
OMARS DRUITT, ET; AL　　　　　＊
JEREMY G. FOSTER,　　　　　　　　CIVIL Action NO.
LT. POPE,　　Nurse McGoo　　＊　2:14-cv-29-WHA
LT. Peterson,　Officer Walker　　DEMAND FOR JURY TRIAL
Pamela Davis,　Nurses Diming　＊
Nurse Tinyhill　Warden Specks
Officer Packs　Capt. Blaidwin　＊
Officer Givens
Officer Keys　　　　　　　　　＊

## JURISDICTION & VENUE

1. THIS is A Civil Action AUTHORIZED by 42.U.S.C. Sections § 1983, to REDRESS THE Deprivation, under color of STATE LAW. of Rights Secured By the Constitution of THE UNITED STATES. THE COURT HAS Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3) also action to Compel an officer of the United States to perform His Duty under 28 U.S.C. Sections 1361. Plaintiff's Claim for Injunctive Relief are authorized by 28 U.S.C Section 2283 & 2284 and Rule 65 of Federal Rules of Civil Procedure.

(2)

2) THE MIDDLE DISTRICT COURT OF ALABAMA FRANK M. Johnson, JR. U.S. Courthouse, Complex ONE CHURCH ST. P.O. BOX 711. Montgomery, Al 36101-0711. Is an appropriate venue under 28 U.S.C. Section 1391 (b)(2).

## II. Plaintiff

3) Plaintiff, DAVID FULLER #147862 is and was at all times mentioned herein a prisoner of the STATE OF ALABAMA in the Custody of the Alabama Department of Corrections. He is currenty confined in Donaldson Correctional Facility. 100 Warrior Lane. Bessemer, Alabama 35023.

## III. Defendents

4) Defendants Omars Pruitt, Jeremy G. Foster, LT. Pope, LT. Peterson, Pamela Davis, Officer Parks, Officer Givens, Officer Keys, Officer Walker, Warden Specks, Captain Blaidwin, all is employed as correctional officers, for the (A.D.O.C) they is responsible for the safety and welfare of the imates and employees, here at Donaldson Correctional Facility. 100 Warrior Lane, Bessemer, Alabama. 35023

Nurse Tinghill, Nures McGoo, Nures Diming, all is employed as a registered nurses for the (ADOC) Health services to service incarcerated individuals here at Donaldson Correctional Facility. 100 Warrior Lane. Bessemer, Alabama. 35023.   (3)

## III  FACTS

RECEIVED
2014 JAN 14  A 11:26
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

12) Upon information and belief, on September 18, 2013 Correctional officer Omars Pruitt was working the West Hall Side Hallway, during the institutional Rover calls for the inmates, to go to the institutional trade schools and law library. I Plaintiff David Fuller, informed Correctional officer Omars Pruitt that, I need to go to the law library to do a legal response to a court order, Correctional officer Omars Pruitt, stated " in a un-professional abusive language. directed towards me," I Don't Give A Fuck About A Damn Court Order! Catch your cellblock, Than Correctional officer "Takeka Keyes" whom was present at the time, She stated: "We Don't Give A Fuck About A Civil Law Suit Baing It On," the Next Day, Correctional officer Omars Pruitt worked on the Westside Hallway Dorm X-Y as a Block Rover, on September 19, 2013. He work the Block the entire day. Until the 5:00 pm Chow Call, during that time all the inmates was out of the block in the Chow Dinning Hall, during that time Correctional officer Omars Pruitt was conducting Cell Shake Down Cell Searches, while I was out the block me and my cell partner, Correctional officer Omars Pruitt Conducted a Search of my assigned cell, When I came back into the cellblock, I notice that somebody been in my cell, Because my property was everywhere, So I went and ask the Cubicle officer whom it appears to be another Correctional officer whom wasn't in the Cubicle when I went to the Dinning Hall, Correctional officer Mrs Pamela Davis was assign to V and W Block, now She was X and Y. Cubicle Operator to control the Panel Dial to the cell doors I ask her did she open my cell door, for anybody She denied it, it was some inmates in the Block Whom seen her open my cell door, When the Correctional Lieutenant Peterson was there She informed him that she did open plaintiff Fuller Cell Door, to let Correctional officer Omars Pruitt

(4) (4)

in to do A cell search during chow when plaintiff Fuller was not present at 10:30 pm, A Correctional Officer Omars Pruitt stated that he pulled plaintiff David Fuller Bed mattress back, and found A prison made knife, under it, the inmates stated that Correctional Officer Pruitt place that prison made Knife under plaintiff mattress, Correctional Officer Omars Pruitt made it seem as if the knife was suppose to be found in plaintiff cell, when He put it there, Correctional Officer Omars Pruitt, ask me who is going to claim A knife, that He stated He found in my cell, Plaintiff Fuller, Stated" Me and my cell partner Don't Have any knives, I don't know where that Came from, somebody planted that knife in the cell, I just moved in that cell, what I need A knife for, Correctional Officer Omars Pruitt Called Correctional Sergeants Jeremy G. Foster and Sergeant Bryan Riggins, on his walkie-talkie, when Correctional Sergeant Jeremy G. Foster arrived to the cell block, Correctional Officer Omars Pruitt gave Correctional Sergeant Jeremy G. Foster, the Homemade Knife, and a cell phone He found under my cell partner mattress, Correctional Sergeant Jeremy G. Foster told Correctional Sergeant Bryan Riggins to place Hand Cuff on plaintiff David Fuller and escort him to the infirmary to get a body Chart, Correctional Sergeant Jeremy G. Foster did not write a incident Report, for the cell phone, Later on, he wrote a Disciplinary Report on my cell partner, and made a Deal with him. My cell partner told me, That He stated" that my cell partner was going home, to let him get Rid of the Cell phone, but take the Disciplinary and you still go home, He put the cell phone in his pocket, Correctional Sergeant Jeremy G. Foster stated to me plaintiff in the infirmary for All them Civil

(5)

Suits you been filing on my Correctional officers "We got your Bald Head ass, for trying to get Our jobs," "We do what we Want at Donaldson, "We got your Bald Head Ass this time," with your Bitch Ass, We gonna lock your ass up. Nurse Hallmark and Nurse Tiny Hill called Barlett the Mental Health lady, and Lieutenant Peterson to get Sergeant Jeremy G. Foster away from plaintiff, David Fuller, Because plaintiff is under Mental Health and He take medication, medicine treatment for stress, Lieutenant Peterson came into the infirmary and Ordered Sergeant Jeremy G. Foster, also the Mental Health woman, Mrs. Barlett, to get away from Plaintiff Fuller, Both Nurses, Mrs Hallmark and Tiny Hill did a Body Chart on the plaintiff Fuller, then the Mental Health Lady, Mrs Barlett did a Mental Health evaluation on plaintiff, About His Stressful tension, after the evaluation was completed, by the Mental Health Specialist, Correctional Lieutenant Peterson ordered plaintiff Fuller, to return back to his assign cellblock, Approximately on October 26, 2013 plaintiff was informed to go to the West Hall Shift Commander office, to Attended A Disciplinary Hearing, I plaintiff arrived to the shift commander office, Correctional Lieutenant Pope and Correctional

(6)

Lieutenant Peterson, was in the shift commander office. I informed Lieutenant Peterson, that, Correctional Sergeant Jeremy G. Foster can not be a Disciplinary Officer, because he was a witness to the incident. Correctional Lieutenant Peterson inform plaintiff to return back to his assign cell block after, I advised him that Correctional Sergeant Jeremy G. Foster can not be a Hearing Officer, at that time I did as he ordered me to. I went back to my assigned cell block. I went to my cell and wrote a letter to all three Wardens. (Price, Specks, Hicks) concerning, that I wasn't allow to attend the Disciplinary Hearing. because. Correctional Lieutenant Peterson. ordered me to go back to my assign cell block. do to the fact that I advise him of the Correctional Sergeant Jeremy G. Foster was a witness and on the scene of the whole incident. Approximately on Oct 29, 2013. I spoke to Cedric Specks. Warden II on the west hall, Hallway about the matter. Correctional Warden II. "Cedric Specks, stated to me. "Who put the knife inside your cell, I stated; the Correctional Officer "Omars Pruitt did it," then Warden II Specks. Stated. that he was going to

(7)

look into the situation and investigate, then I ask, that I would like to take a polyGraph lie Detector test to prove my innocent, that the Knife that was found do not belong to me. On Nov 5, 2013. I received A copy of the Disciplinary, what the Warden II Cedric Speck Sign his Signature on, Upon information and belief, the fact are true to my knowledge.

13) You CAN refer to the Affidavits, That I have Attached At the Back of this Complaint As "Exhibit "A" In Support of my Complaint,

## IV. EXHAUSTION OF LEGAL REMEDIES

14) Plaintiff, wrote A Letter to All three Wardens, To Try to Solve the problem, Because THE Alabama Department of Corrections, do not have A inmate Grievance Procedure NO more.

## V. LEGAL CLAIMS

15) Plaintiff's reallege and incorporate by reference Paragraphs 1 — 14.

16) THE UN-PROBABLE CAUSE and UN-Reasonable Searches and Seizures with Cause Cruel Unusual Punishment and Un-equal Protection of the law, including, Due Process of law, by the Defendants. Violated Plaintiff David Boy Fuller AIS# 147862, Rights and Constituted Un-Reasonable Searches and Seizures, Cruel Unusual Punishment, Un-equal Protection of the law, Due Process of the law, Violations, Under the Fourth, Eighth, Fourteenth Amendment to the United States Constitution,

(8)

17) THE Plaintiff has no plain, adequate OR complete Remedy at law to redress the wrongs described Herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the Defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## VI. PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiffs:

18) A Declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

19) A Preliminary and permanent injunction ordering Defendants (OMARS Pruitt, Jeremy G. Foster, LT. Pope, LT. Peterson, Pamela Davis, Nurse, Tiny Hill, Nurse Hallmark, to Stop UN-PROBABLE CAUSE and UN-Reasonable Searches and Seizures, while plaintiff is not present, also Stop writing Bad Report on inmates. for Manor Disciplinary Reports, also Start having Camera present during Reasonable Searches and Seizures.

20) Compensatory damages in the amount of $9,000.00 against each defendant, jointly and severally.

21) Punitive Damages in the amount of $9,000.00 against each defendant.

22) A jury Trial on all issues triable by Jury

23) Plaintiff's costs in this suit.

24) ANY additional relief this Court deems just, proper, and equitable.

DATE: 12/11/13 *David Boy Fuller*

Respectfully submitted,
DAVID Boy Fuller AIS# 147862
Donaldson Correctional Facility
100 WARRIOR LANE.
Bessemer, Alabama, 35023.

## VERIFICATION

I HAVE READ THE FOREGOING complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on Information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Bessemer, Alabama on Dec. day of 11, 2013

*David Boy Fuller #147862*
Signature

DAVID FULLER #M7862, 1-6
W.E. Donaldson Corr. Fac.
100 Warrior Lane
Bessemer, Alabama 35023.



Birmingham AL 350
SAT 11 JAN 2014  AM

THE MIDDLE DISTRICT COURT OF ALABAMA
FRANK M. JOHNSON, JR US. COURTHOUSE COMPLEX
ONE CHURCH ST. P.O. BOX 711
MONTGOMERY, ALABAMA. 36101-0711,

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

**LEGAL ONLY**