IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID FULLER, #147 862, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:14cv-029-WHA |
| | ) | |
| OMARS PRUITT, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## ORDER

No timely objection having been filed to the Recommendation of the Magistrate Judge (doc. #3), entered on February 18, 2014, and after a review of the file in this case, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.  The clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this 12th day of March, 2014.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE